IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBRA J. STEMMLER, | ) | |
| Plaintiff, | ) ) ) | No.  2:09-cv-00505-DSC |
| v. | ) ) | The Hon. David S. Cercone |
| WENDY'S INTERNATIONAL, INC. | ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action.


Respectfully submitted,

THOMAS B. BACON, P.A.                         TUCKER ARENSBERG, P.C.

By */s/ Pete M. Monismith*                    By   s/ *Homer L. Walton*

    Pete M. Monismith, Esquire                    Homer L. Walton, Esquire
    PA I.D. No. 84746                              PA I.D. No. 55415
    1710 Quarry Lane                               1500 One PPG Place
    Apollo, PA 15613                               Pittsburgh, PA 15222
    (724) 610-1881                                 (412) 594-5657

    ***Counsel for Plaintiff***                    ***Counsel for Defendant***


Dated:  March 5, 2010                         Dated:  March 5, 2010

LIT:476442-1 010105-140872